## SMITH V. LEAVENSWORTH.

In an action for damages for not delivering specific articles, which
were to be delivered on demand, a special demand is necessary.

ACTION of the case, upon a certain receipt or writing, dated
11th September, A. D. 1786; wherein among other things,
the defendant promised to return a certain Virginia land war-
rant, for 3,000 acres of land; or another of equal value upon
demand; which the plaintiff avers he has never done, although
often requested and demanded, etc.

Demurrer — And for cause of demurrer the defendant as-
signs, that no special request is laid in the declaration.

Judgment — That the declaration is insufficient.

By the COURT. This action is not for the warrant, but to recover damages for the breach of contract, in not delivering the warrant; which could not happen until the warrant had been demanded. Dean v. Woodbridge, determined at Norwich, last March term, is in point.